United States District Court
Southern District of Texas
**ENTERED**
December 03, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES BECRAFT, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 18-cv-01264 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| KAISER ALUMINUM, | § | |
| Defendant. | § | |

ORDER

The parties have provided notice of resolution of the dispute underlying this lawsuit.

This case is DISMISSED without prejudice. Plaintiff James Becraft may seek permission to later reopen and reinstate its claims against Defendant Kaiser Aluminum, if necessary.

Signed on 12/03/2019, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge